# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

ANTHONY J. OLIVER,  )
)
      Plaintiff,  )
)
v.  )  CIVIL ACTION NO. 5:25-cv-265 (MTT)
)
SANDI WEST, et al.,  )
)
      Defendants.  )
)

## ORDER

On December 24, 2025, Defendants Georgia Department of Corrections (GDC), Sandi West, Tyrone Oliver, Tyrone Simpson, Bonnie Dasher, Kimberly Mosley, Karen Finch, Kirsten Avery-Millen, and Precious Grant filed a motion to dismiss for failure to comply with court orders. ECF 20.[1] In an effort to afford Plaintiff Anthony Oliver, who is proceeding *pro se*, adequate notice and time to respond to the Defendants' motion, the following notice is given. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985). If Oliver wishes to respond, he must do so **within TWENTY-ONE (21) DAYS** of this Order or by no later than **January 30, 2026**.[2]

If Oliver does not timely respond, the Court may dismiss his claims against the Defendants. Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. Oliver may submit his argument to this Court by filing a brief

---

[1] The Defendants' motion is styled as a motion to extend discovery deadlines or, alternatively, to dismiss. ECF 20. However, discovery has not been ordered to proceed in this case.

[2] The Clerk is **DIRECTED** to mail a copy of the motion to dismiss (ECF 20) to Oliver at his last known address. Thereafter, all notices or other papers may be served on Oliver directly by mail at his last known address.

in opposition to the Defendants' motion to dismiss. Unless the Court has granted prior permission, any brief should not exceed 20 pages. M.D. Ga. L.R. 7.4.

Here, the Defendants' motion seeks dismissal of Oliver's claims in the form of a sanction based upon Oliver's alleged "continued deficient and/or contemptuous responses to this Court's repeated orders regarding certain disclosures, and Plaintiff's failure to heed this Court's repeated warnings of the consequences of such failure." ECF 20 at 1. The Court will review the motion as such.

**SO ORDERED**, this 9th day of January, 2026.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT