IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTHONY J OLIVER,                              *

                Plaintiff,              *

v.                                                Case No. 5:25-cv-00265-MTT-AGH

                           *

SANDI WEST et al,

                           *

                Defendants.            *

_____    *

**J U D G M E N T**

Pursuant to this Court's Order dated March 10, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 10th day of March, 2026.

                David W. Bunt, Clerk

                s/ Raven K. Alston, Deputy Clerk